(Reap. Dec. 9427)

FINWOOD INDUSTRIES, INC. *v.* UNITED STATES

Entry No. 5992–H.

(Decided May 20, 1959)

*Siegel, Mandell & Davidson* for the plaintiff.
*George Cochran Doub,* Assistant Attorney General, for the defendant.

MOLLISON, Judge: Counsel for the parties have submitted the above-entitled appeal for reappraisement upon a stipulation on the basis of which I find that the proper basis for the determination of the value of the merchandise involved is foreign value, as defined in section 402(c), Tariff Act of 1930, as amended, and that such value is the appraised unit value, less 4 per centum, packed.

Judgment will issue accordingly.

(Reap. Dec. 9428)

DAMRAK TRADING CO., INC. *v.* UNITED STATES

Entry No. 729573, etc.

(Decided May 20, 1959)

*Siegel, Mandell & Davidson* for the plaintiff.
*George Cochran Doub,* Assistant Attorney General, for the defendant.

MOLLISON, Judge: Counsel for the parties have submitted the appeals for reappraisement enumerated in schedule "A," attached hereto, upon a stipulation on the basis of which I find foreign value, as defined in section 402(c), Tariff Act of 1930, as amended, to be the proper basis for the determination of the value of the items involved, and that such value, in each instance, is the appraised unit value, less 2 per centum, plus cost of packing, as indicated by the appraiser.

Judgment will issue accordingly.